[No. 26034-4-II.  Division Two.  March 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTY WILLIAM MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-00286-6, Barbara D. Johnson, J., entered June 2, 2000. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Hunt, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 26203-7-II.  Division Two.  March 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE BELL, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00501-1, H. John Hall, J., entered April 21, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 26221-5-II.  Division Two.  March 15, 2002.]

JACK M. NANOVICH, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-05321-5, Nile E. Aubrey, J., entered June 22, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Morgan and Houghton, JJ.

[No. 26587-7-II.  Division Two.  March 15, 2002.]

DIANE J. SIMPSON, ET AL., *Appellants*, v. ANN COOK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-00469-0, Frederick B. Hayes, J., entered September 18, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.